UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Miranda d'Ancona, Marie Rupert, Doris
Kaufman,

                Plaintiffs,

Case No.: 07 CV 5788 (LTS)

-against-

D&R Transport(AKA P.S. Inc.),
Donald P. Moore

                Defendants.
------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  )SS:
COUNTY OF NEW YORK  )

      **WILLIAM J. SANYER**, being duly sworn, deposes and says; I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York, Kings County.

      That on the 29th day of August, 2007, I served the within

      **Notice of Motion dated 8/29/07, Affidavit of Merit dated 8/17/07,**
      **Declaration in Support dated 8/29/07, Exhibits and**
      **Memorandum of Law dated 8/29/07**

by depositing a true copy of same securely enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

A. Joseph Tandet, Esq.
Outgoing Counsel for Plaintiff
MIRANDA D'ANCONA
488 Madison Avenue
New York, New York 10022

                                                _____
                                                William J. Sanyer

Sworn to before me this
29th day of August, 2007

**Notary Public**

GLORIA DRELICH
Notary Public, State of New York
No.:02DR1020880
Qualified in New York County
Commission Expires May 31, 2011