10/25/2007 12:20  2126858617                                                    PAGE 02/03
10/24/2007 10:50 FAX  12124860701       M&F P.C                                 @002/003
10/19/2007 17:07  2126858617            DHPC                                    PAGE 02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: OCT 2 6 2007

MIRANDA D'ANCONA, MARIE RUPERT, DORIS
KAUFMAN,

                       Plaintiffs      Case No: 07 CV 5788(LTS)

     -against-                      STIPULATION

D & R TRANSPORT (AKA P S. Inc.),
DONALD F. MOORE,

                       Defendants.
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between A. JOSEPH TANDET, Esq., the substituted attorney for plaintiff MIRANDA D'ANCONA in the above captioned action, and DAVID HOROWITZ, P.C., 276 Fifth Avenue, New York, New York 1001, the present attorney for MIRANDA D'ANCONA in the above captioned action, that upon the successful completion of the matter, A. JOSEPH TANDET, ESQ., will receive ten percent (10%) of the attorney's fees (after disbursements) generated from any recovery made on her behalf out of the proceeds of the first $1,000,000.00 of insurance; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, that the motion pending seeking an order discharging any liens or fees owed to A. JOSEPH TANDET, ESQ., arising out of his representation in the above captioned action, is hereby withdrawn; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be endorsed and/or "So Ordered" by the Court

without further notice to the parties.

DATED: New York, New York
October 16, 2007

DAVID HOROWITZ, P.C.

By: _____
DAVID HOROWITZ

A. JOSEPH TANDET, Esq.

By: _____
A. JOSEPH TANDET

SO ORDERED.

_____ 10/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE