**DAVID HOROWITZ, P.C.**
COUNSELOR AT LAW
276 FIFTH AVENUE
NEW YORK, NEW YORK 10001
(212) 684-3630
(F) (212) 685-8617

November 12, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 14 2007
```

VIA FACSIMILE TRANSMISSION [(212) 805-0426]
Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [fax] such certification to Chambers.

Re: Miranda D'Ancona, Marie Rupert, and Doris Kaufman v. D&R Transport (AKA P.S. Inc.), Donald P. Moore
Case No.: 07 CV 5788(LTS)

Dear Judge Swain:

By memo endorsed letter, so ordered by your Honor on September 24, 2007, this firm substituted A. Joseph Tandet, Esq as counsel for Miranda D'Ancona. Prior to the substitution, Mr. Tandet filed a summons and complaint on behalf of all three plaintiffs, including Miranda D'Ancona. The time within which to serve the said summons and complaint has expired.

Plaintiff Miranda D'Ancona respectfully requests that the action commenced on her behalf by Mr. Tandet be dismissed as against her, and only as against her, without prejudice pursuant to Federal Rule of Civil Procedure 4(m) because she desires to have this firm draft and file a different complaint on her behalf. It must be underscored that this firm only represents plaintiff Mirand D'Ancona and does not represent co-plaintiffs Marie Rupert and Doris Kaufman. As such, this application neither requests, nor could request any relief relating to Ms. D'Ancona's co-plaintiffs.

Should the Court require anything further, please do not hesitate to contact the undersigned. Thank you for your attention to this matter.

*The request is granted as to Ms D'Ancona.*

SO ORDERED.
_____ 11/13/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: A. Joseph Tandet, Esq. [(212) 486-0701]

Very truly yours,
DAVID HOROWITZ, P.C.
By: _Gloria Drelich_
Gloria Drelich

Copies ~~mailed~~ faxed to P/A Counsel
Chambers of Judge Swain 11-14-07