## A. JOSEPH TANDET
ATTORNEY AT LAW
488 MADISON AVENUE, SUITE 1100
NEW YORK, NEW YORK 10022

TEL (212) 486-9494
FAX (212) 486-0701



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **FEB 0 4 2008**

February 1, 2008

*Via Facsimile*

Attn: Sarah
c/o Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   *Miranda D'Ancona, et al vs. D&R Transport, et al, 07 CV 5788*

Dear Sarah,

    In accordance with your request and my compliance with same, I am herewith consenting to adjourn the conference presently scheduled before Judge Swain to March 14, 2008 at 10:30 AM in the chambers of Judge Swain. This adjournment is on consent.

Respectfully submitted,

A Joseph Tandet

SO ORDERED.

1 Feb 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE