**A. JOSEPH TANDET**
ATTORNEY AT LAW
488 MADISON AVENUE, SUITE 1100
NEW YORK, NEW YORK 10022

TEL (212) 486-9494
FAX (212) 486-0701

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2008

March 12, 2008

<u>Via Facsimile: (212) 805-0426</u>

**MEMO ENDORSED**

Chambers of Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

<u>Re:</u>  *D'Ancona, Rupert and Kaufman vs D&R Transport, et al.,*
    *Index No. 07 Civ 5788*

Dear Judge Swain,

At the suggestion of your clerk, Sarah, I am requesting a postponement of the conference in the above case, which is presently scheduled for Friday, March 14, 2008 at 10:30 AM.

As I told Sarah, I request this postponement for medical reasons, since I am under treatment at New York Hospital for a blood disorder, and am presently disabled.

I request this postponement until I am able to participate.

Respectfully submitted,

A Joseph Tandet

In light of the foregoing medical situation, Mr Tandet's presence at Friday's conference is excused. The conference will, however, proceed as to the parties represented by other counsel. Mr Tandet is hereby directed to inform the Court as to when he will be able to proceed with prosecution of the action on his client's behalf, or to make arrangements for substitution or supplementation of counsel (subject, of course, to his client's consent). SO ORDERED.  3/12/2008

LAURA TAYLOR SWAIN U.S.D.J.