UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RUPERT AND KAUFMAN,

      Plaintiff(s),

-v-                                    No. 07 Civ. 5788 (LTS)(KNF)

D&R TRANSPORTATION,

      Defendant(s).

------------------------------------------------------------x



### ORDER[1]

      A pretrial conference was conducted today in the above matter. New counsel for plaintiff Kaufman (Myron Lasser, by Martin J. Birn) appeared as did counsel for defendants. It appears that the complaint has not yet been served, and plaintiff Kaufman wishes to amend the complaint. It is hereby

      ORDERED, that plaintiffs' current counsel of record, Joseph Tandet, serve and file with the Court no later than **March 29, 2008,** a statement as to whether he is willing and able to continue to represent plaintiff Rupert in the prompt and timely prosecution of this case, or whether new counsel will be substituted; and further

      ORDERED, that Mr. Tandet shall consult with new counsel for plaintiff Kaufman as to the question of service of an amended complaint; and further

      ORDERED, that the next pretrial conference in this action will be held on **April 10, 2008, at 12:30 p.m.**

Dated: New York, New York
       March 14, 2008

Copies mailed/faxed to _Mr Tandet_
Chambers of Judge Swain    3-14-08

                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*