Blumberg Law Products — Consent to Change or Substitution of Attorney — Excelsior, Inc. PUBLISHER NYC 10013

Consent must be signed by attorney of record and acknowledged by party. Type name beneath each signature.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

MIRANDA D'ANCONA, MARIE RUPERT, DORIS KAUFMAN,

*Plaintiff(s)*

against

D&R TRANSPORT (AKA P.S., Inc) DONALD P. MOORE,

*Defendant(s)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 1 0 2008

CASE NUMBER 07 CV 5788
~~Index~~ No.

CONSENT
TO CHANGE
ATTORNEY

IT IS HEREBY CONSENTED THAT    MYRON G. LASSER

*Esq.*

of No. 60 Bay Street, 7th Floor Staten Island, NY 10301

be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: December 28, 2007

SO ORDERED.
[signature] 4/10/08.

DORIS KAUFMAN
MYRON G. LASSER, ESQ.
A. JOSEPH TANDET, ESQ.

---

**ACKNOWLEDGMENT IN NEW YORK STATE (RPL 309-a)**

State of New York
County of New York } ss.:

On December 28, 2007 before me, the undersigned, personally appeared Doris Kaufman personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(signature and office of individual taking acknowledgment)
NEAL BERNSTEIN
Notary Public State of New York
No. 01BE5043933
Qualified in Kings County
Commission Expires May 15, 201?

**ACKNOWLEDGMENT OUTSIDE NEW YORK STATE (RPL 309-b)**

State of
County of } ss.:

On _____ before me, the undersigned, personally appeared _____ personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in

(insert city or political subdivision and state or country or other place acknowledgment taken)

Doris Kaufman
(signature and office of individual taking acknowledgment)