UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RUPERT AND KAUFMAN,
            Plaintiffs,

        -v-                                                    No.  07 Civ. 5788 (LTS)(KNF)

D&R TRANSPORTATION,
            Defendant.
------------------------------------------------------------x

### ORDER[1]

The April 10, 2008, Pre-trial Scheduling Order, Docket Entry No. 16, was entered in

error in the above-captioned case and is hereby withdrawn.  The Clerk of Court is respectfully

requested to terminate Docket Entry No. 16 and all schedules related to Docket Entry No 16.


SO ORDERED.


Dated: New York, New York
       April 11, 2008

_____
LAURA TAYLOR SWAIN
United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF.  The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel.  A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*