UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RUPERT AND KAUFMAN,
        Plaintiffs,

-v-                                           No. 07 Civ. 5788 (LTS)(KNF)

D&R TRANSPORTATION,
        Defendant.
----------------------------------------------------------x

### ORDER[1]

On April 10, 2008, the Court held a conference in the above-captioned action and in related action 07 Civ. 10618, <u>D'Ancona v. D&R Transportation</u>. At the conference, Myron George Lasser, Esq. appeared on behalf of Plaintiff Kaufman and the Court accepted and so ordered Plaintiff Kaufman's consent for a substitution of counsel, thereby substituting Mr. Lasser for A. Joseph Tandet, Esq., who had previously represented Plaintiff Kaufman. Mr. Lasser also renewed his request that the above-captioned case be dismissed without prejudice as to Plaintiff Kaufman pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve the Defendant. Plaintiff Kaufman's request is granted and action 07 Civ. 5788 is dismissed without prejudice as to Plaintiff Kaufman only.

    SO ORDERED.

Dated: New York, New York
         April 11, 2008

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*