UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRANDA D'ANCONA, MARIE RUPERT, DORIS KAUFMAN | Index No. 07 CIV 5788(LTS) |
| Plaintiffs, | MOTION TO STRIKE THE COMPLAINT OR IN THE ALTERNATIVE TO COMPEL DISCOVERY |
| -against- | |
| D& R TRANSPORT, (a/k/a P.S. INC.) and DONALD P. MOORE | |
| Defendants. | |

C O U N S E L:

PLEASE TAKE NOTICE, that defendants **D&R TRANSPORT and DONALD P. MOORE,** by their attorneys, LAW OFFICES OF CHARLES J. SIEGEL, will move the United States District Court, Southern District of New York for an Order pursuant to Federal Rules of Civil Practice 37(a), to strike plaintiff's complaint with prejudice based upon plaintiffs failure to submit automatic disclosure in this matter, or, in the alternative, for an Order (i) directing plaintiff MARIE RUPERT to provide automatic disclosure pursuant to Federal Rules of Civil Procedure and (ii) requiring plaintiff and her counsel to pay the costs associated with this motion, including attorneys fees.

Dated: New York, New York
July 14, 2008

                Yours, etc.

                Law Offices of
                CHARLES J. SIEGEL
                Attorney for Defendants
                D& R TRANSPORT (a/k/a
                PS, INC.) and DONALD P. MOORE
                Office & P.O. Address
                40 Wall Street
                7th Floor
                New York, New York 10005
                (212) 440-2350

                By: _____
                      Jack L. Cohen(9449)

TO:   A. JOSEPH TANDET
       Attorneys for Plaintiff(MARIE RUPERT)
       488 Madison Avenue, Suite 1100
       New York, New York 10022
       (212) 486-9494

TO:    LAW OFFICES OF MYRON LASSER
Attorneys for Plaintiff (DORIS KAUFMAN)
60 Bay Street
Staten Island, New York 10301

LAW OFFICES OF DAVID HOROWITZ, P.C.
Attorneys for Plaintiff MIRANDA D'ANCONA
276 Fifth Avenue
New York, NY 10001
(212) 684-3630