**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT**

---------------------------------------------------------------x

**MARIE RUPERT,**

**Plaintiff,**

**INDEX № 07 CIV 5788(LTS)**

**- against -**

**D&R TRANSPORT (a/k/a P.S. INC) and DONALD P. MOORE**

**Defendant.**

**CERTIFICATE OF SUCH PRODCUTION AND SERVICE**

---------------------------------------------------------------x

MATERIALS REQUIRED by Federal Rule of Civil Procedure Section 26(A)(i): To Defendant's Counsel CHARLES J. SIEGEL with copies to Plaintiff's Counsel, DAVID HOROWITZ, P.C. have been sent to respective counsels and filed with this Court. This Certificate attests to such production and service on July 30, 2008.

Dated: New York, New York
July 30, 2008

Respectfully submitted,

A. Joseph Tandet, Esq. (9078)
Attorney for Respondent
488 Madison Avenue, Suite 1100
New York, NY 10022
(212) 486-9494