UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MARIE RUPERT
                 Plaintiff,

-v-

D& R TRANSPORTATION,

                 Defendant.
-------------------------------------------------------------
LAURA TAYLOR SWAIN, District Judge       X

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 5788 (LTS)(KNF)

[USDC SDNY DOCUMENT ELECTRONICALLY FILED SEP 0 9 2008]

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
                 September 5, 2008

                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge