LAW OFFICES OF
# CHARLES J. SIEGEL

CHARLES J. SIEGEL
RICHARD DELL
RICHARD D. O'CONNELL
FRED B. SMITH
JACK L. COHEN
PETER B. VAIRO
STUART A. APPLOFF
MARC S. RUSSO
CHRISTOPHER A. SOUTH
ALFRED T. LEWYN
STEPHANIE A. JOHNSON
IROSHA RATNASEKERA
ROBERT CYPHER, JR.
THOMAS GIBBONS

40 WALL STREET
7TH FLOOR
NEW YORK, NEW YORK 10005
(212) 440-2350

LAW OFFICE SUPERVISOR:
EILEEN GOUSE

PARALEGALS:
NILS NELSON
ARLENE RULLAN

LAW CLERKS:
ALEXA RISSOFF

July 30, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: SEP 0 9 2008]

Chambers of the
Honorable Laura Taylor Swain
United States District Court
Southern District
500 Pearl Street – Room 755
New York, New York 10007

**MEMO ENDORSED**

RE:   D'Acona, Miranda v. D&R Transportation
      U.S. District Court
      Docket Nos: 08 CV 5466; 07 CV 10618 & 07 CV 5788
      Our File Number: 108140073

Honorable Madam:

The undersigned represents the defendants D&R Transport and Donald P. Moore in the above-entitled actions.

As discussed before Your Honor at recent Status Conferences, I respectfully request that the instant action be assigned to a U.S. Magistrate Judge for purposes of conducting settlement discussions. It is my understanding that significant discussions have taken place in this matter between some of the plaintiff's attorneys in this matter and the claim handler adjusting this matter on behalf of the defendants, and that a formal settlement conference may be fruitful in bringing this matter to an expedited conclusion.

We thank Your Honor for your attention to these matters.

Very truly yours,

*Jack L. Cohen*

Jack L. Cohen
212 440-2335

JLC/ps
7826

*Handwritten endorsement:* The parties are requested to contact Judge Kevin Nathaniel Fox's chambers to request a settlement conference.

SO ORDERED.

NEW YORK, NY _____
Sept 5, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

A Staff Counsel Office of CNA

cc: David Horowitz, P.C.
Attorneys for Plaintiff (Kaufman)
276 Fifth Avenue
New York, New York 10001
(212) 684-3630

<u>Via Facsimile No: (212) 486-0701</u>
Joseph Tandet, Esq.
Attorneys for Plaintiff (Rupert)
488 Madison Avenue, Suite 1100
New York, New York 10022

Myron Lasser, Esq.
60 Bay Street
Staten Island, New York 10301

7826